In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-20-00081-CR
NO. 09-20-00082-CR
_____

JERMAINE JOSEPH DAVIS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
Jefferson County, Texas
Trial Cause Nos. 18-30509, 18-30510

**MEMORANDUM OPINION**

On January 21, 2020, the trial court sentenced appellant Jermaine Joseph Davis on convictions for aggravated sexual assault of a child and indecency with a child. Davis filed a notice of appeal in both cases on March 4, 2020. The trial court entered certifications of the defendant's right to appeal, in which the court certified that these are plea-bargain cases and the defendant has waived the right of appeal.

*See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certifications to the Court of Appeals.

On March 5, 2020, we notified the parties that we would dismiss the appeals unless the appellant established grounds for continuing the appeals. Davis filed a response in each case, but he failed to establish that the trial court's certifications should be amended. Because the records do not contain certifications that show the defendant has the right of appeal, we must dismiss the appeals. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeals.

APPEALS DISMISSED.

PER CURIAM

Submitted on April 7, 2020
Opinion Delivered April 8, 2020
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.